(August 28, 1986)

Everett J. Krantz et al., Appellants, v Evi Scholz et al., Defendants, and Kent T. Kay, Respondent.—Motion, pursuant to 22 NYCRR 800.12 of the Rules of Practice, to dismiss appeal as abandoned, granted, without costs, on the ground that the papers fail to set forth facts showing merit to the appeal. Mahoney, P. J., Main, Casey, Weiss and Harvey, JJ., concur.